Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

FILED
August 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002842359

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

**MI RANCHO FOOD CENTER, INC.**

Debtor(s).

Case No. 10-13846-A-7
DC No. JES-1

**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**

Date: September 15, 2010
Time: 9:00 a.m.
Dept: A

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 4/13/10.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate are: **one forklift, one pallet jack, and various shelves.** The trustee has obtained an offer from debtors' former landlord, Jieun Hsu, to purchase said asset(s), for the total sum of $2,500.00, with no claimed exemptions, for net

cash to the estate of $2,500.00. Buyer, debtors' former landlord, has agreed to waive any post-petition administrative claim for rent. Funds have been received by the estate and are awaiting court approval.

    6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

    7. The property is to be sold subject to liens and encumbrances of record, of which there are none known.

    8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

    9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to debtors' landlord, Jieun Hsu.

DATED: 8/10/10

JAMES E. SALVEN,
Movant

-2-